# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

### First Amended Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ronald Carrington Allred III  Docket No.: 4:14CR00397-1 RWS
Ronald Allred, III  4:19CR00336-RWS(l)

Name of Sentencing Judicial Officer: The Honorable Rodney W. Sippel
Chief United States District Judge

Date of Original Sentence: 4:14CR00397-1 RWS August 28, 2015
4:19CR00336-RWS(1) January 16, 2020

Original Offense: 4:14CR00397-1 RWS Felon in Possession of a Firearm
4:19CR00336-RWS(1) Escape from Custody

Original Sentence 4:14CR00397-1 RWS: 57 months imprisonment. This sentence shall run consecutive to any sentence imposed the United States District Court for the Eastern District of Missouri in Docket No. 4:09CR00444 CDP, pursuant to the provisions of USSG §5G 1.3. and 2 years supervised release

Original Sentence 4:19CR00336-RWS(1): 8 months imprisonment and 3 years supervised release

Type of Supervision: Supervised Release  Date Supervision Commenced: March 2, 2020
Expiration Date: March 1, 2023

Assistant U.S. Attorney: Thomas J. Mehan  Defense Attorney: Kevin Curran and
J. Christian Goeke

---

### PETITIONING THE COURT

**To amend the original petition to include updated information regarding seized items and Allred's statement. The new information has been bolded to aid the Court in identification.**

The probation officer believes that the offender has violated the following conditions of supervision:

### Violation Number
Mandatory Condition: The defendant shall not commit another federal, state, or local crime.

Mandatory Condition (4:14CR00397-1 RWS): The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

Mandatory Condition (4:19CR00336-RWS(1) No. 1: You must not commit another federal, state or local crime.

Mandatory Condition (4:19CR00336-RWS(1) No. 2: You must not unlawfully possess a controlled substance.

Standard Condition (4:19CR00336-RWS(1) No. 10: You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

**Nature of Noncompliance**
On November 23, 2020, a search was conducted of Allred's vehicle by the U.S. Probation Office. The following illegal contraband was seized: a Taurus .45 caliber pistol (Serial Number #NGS05108) containing 11 .45 caliber rounds in the magazine and 1 chambered .45 caliber round **located in a black bag under the driver seat of the vehicle Allred was observed driving**. A small baggie containing suspected marijuana was also located in the vehicle (a 2014 Chevy Impala) that Allred drove to the probation office. The following illegal contraband was seized from Allred's residence by the U.S. Probation Office: 14 .45 caliber rounds located in a black bag on the living room couch.

**Regarding this violation, Allred stated he was not aware a firearm was under the driver's seat of the vehicle. He stated it was not his firearm.**

**Violation Number**
General Condition: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.

Standard Condition No. 7 (4:14CR00397-1 RWS): The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

**Nature of Noncompliance**
Allred submitted urine specimens at this designated testing site on July 21, 2020; September 29, 2020; October 20, 2020; and November 17, 2020 which all tested positive for the controlled substance marijuana. Allred additionally admitted to ongoing marijuana use on October 28, 2020. In addition, the specimens from July 21, 2020 and September 29, 2020 were positive for the presence of amphetamines. The July 21, 2020 sample was confirmed positive for amphetamine and methamphetamine. On July 27, 2020 and October 28, 2020 Allred denied use of methamphetamine. He admitted to ongoing use of marijuana during several conversations.

**Violation Number**
Standard Condition No. 3 (4:14CR00397-1 RWS): The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

Ronald Allred III
4:14CR00397-1 RWS
4:19CR00336-RWS(l)

Special Condition (4:14CR00397-1 RWS): The defendant shall participate in a substance abuse treatment program approved by the probation office, which may include substance abuse testing, counseling, Residential Reentry Center placement, residential or inpatient treatment.

Mandatory Condition No. 13 (4:19CR00336-RWS(1): You must follow the instructions of the probation officer related to the conditions of supervision.

Special Condition (4:19CR00336-RWS(1)): You must participate in a substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

Special Condition (4:19CR00336-RWS(1)): You must participate in a cognitive-behavioral treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). Such programs may include group sessions led by a counselor or participation in a program administered by the probation office.

**Nature of Noncompliance**
Allred failed to report to his designated testing site for required drug testing on the following dates: March 9 and 22, 2020: June 1, 11, and 21, 2020: July 5 and 17, 2020; August 18 and 19, 2020; September 8 and 24, 2020; and October 9, 2020.

Regarding this violation, on March 3, 2020, Allred talked with the probation office duty officer after he told her he did not know where he was supposed to go for drug testing. He was provided with the address.  On March 23, 2020, Allred was redirected to call the drug testing line as a review of the Comply Software revealed he had not been calling.  On June 11, 2020, he stated he believed he had been exposed to COVID-19. On June 24, 2020, he stated he was in a 14-day quarantine due to his live-in girlfriend being exposed to COVID-19 at her place of employment. On July 21, 2020 Allred admitted he had not been calling the drug testing line.  On September 18, 2020, he was again reinstructed to call the drug testing line daily.  On October 28, 2020, Allred stated he believed he had made all drug tests and felt he was doing much better with testing compliance.

Additionally, On March 23, 2020, Allred was told he was set up for telehealth counseling sessions with his treatment counselor in April due to COVID-19 restrictions. He was directed to contact his counselor to obtain video call-in instructions.  He failed to do so and then missed (telehealth) sessions on April 6 and 20, 2020 as a result.  On April 8, 2020, Allred stated he had been sick and throwing up from what he believed was a symptom of his ulcers. On April 28, 2020, he stated he was confused and thought there were no classes because of COVID-19. The telehealth sessions were again discussed. The undersigned then received notification that Allred had missed sessions on May 4 and 18, 2020.  On May 20, 2020 Allred told this officer he would attend the session that evening, but still did not have the Zoom app set up on his cellular phone.  He was again directed to contact his treatment counselor to set up the video call-in system. He was additionally informed that June sessions would return to in person counseling. The undersigned received notification that Allred failed to attend the May 20, 2020 session. Allred then failed to report for the following required counseling sessions at Risse Counseling: June 17 and 21, 2020; July 1 and 15, 2020; and August 19, 2020. On September 21, 2020, the undersigned informed Allred that he was being moved to Moral Recognation Therapy (MRT) due to noncompliance with

3

Ronald Allred III
4:14CR00397-1 RWS
4:19CR00336-RWS(l)

treatment and ongoing marijuana use. Allred then missed sessions on September 29, 2020 and October 6, 2020. On October 28, 2020, Allred stated he was told by the counselor that the undersigned would contact him about where to go to set up MRT.

**Previous Violations**
None

**U.S. Probation Officer Recommendation: It is recommended that the original petition be amended to include the new information and that the term of supervised release be revoked.**

The Supervised Release should be
    [X]  revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 30, 2020

Approved,

by _[signature]_

for John G. Ross
Supervising U.S. Probation Officer
Date: November 30, 2020

Respectfully submitted,

by _[signature]_

Koda I. Hendrix
Senior U.S. Probation Officer
Date: November 30, 2020

THE COURT ORDERS:

☐    No Action
☐    The Issuance of a Warrant
☐    The Issuance of a Summons
        Appearance Date:
        Appearance Time:
        Courtroom Number:
☒    The Court orders that the Petition be amended
☐    Other

_[signature]_
Signature of Judicial Officer

November 30, 2020
Date

I:\Supervision\12C\Allred III, Ronald 12C first amended 414CR00397-1 RWS 11-20-2020.docx