UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case Nos. **4:14 CR 397 RWS** |
| | ) **and 4:19 CR 336 RWS** |
| RONALD ALLRED, III, | ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that the **Final Supervised Release Revocation Hearings in both of the above cases are set for** <u>Wednesday, January 13, 2021 at 2:00 p.m.</u> by video via Zoom from the facility.  Hearing participants received a separate email with a link to join the hearings by Zoom.  Members of the general public who wish to listen in to the hearings are directed to call the following number to participate by phone:  1-669-254-5252, Meeting ID:  161 524 5085.  Pursuant to Local Rule 13.02, all means of photographing, recording, broadcasting, and televising are prohibited in any courtroom, and in areas adjacent to any courtroom, except when authorized by the presiding judge.  This includes proceedings ordered by the Court to be conducted by phone or video.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 1st day of December, 2020.